# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through the attached Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted, and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO No. 35.

Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) fails based on any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity or a failure to meet the requirements of Rul 8 of the Federal Rules of Civil Procedure. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.

## Plaintiffs

1.  Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2.  Plaintiffs further allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3.  Plaintiffs bring suit against the following defendants:

| | |
|---|---|
| Defendant 1 | **3M Company (f/k/a Minnesota Mining and Manufacturing Company)** <br> 3M Center, St. Paul, Minnesota 55144. |
| Defendant 2 | **AGC Chemicals Americas, Inc.** <br> 55 East Uwchlan Avenue, Suite 201, Exton, Pennsylvania 19341 |
| Defendant 3 | **Amerex Corporation** <br> 7595 Gadsden Highway, Trussville, Alabama 35173 |
| Defendant 4 | **Archroma U.S., Inc., individually and as successor to Clariant Corporation** <br> 5435 77 Center Drive, Suite 10, Charlotte, North Carolina 28217 |
| Defendant 5 | **Arkema Inc., individually and as successor in interest to Atochem North American, Inc., Elf Atochem North America, Inc., and Atofina Chemicals, Inc.** <br> 900 First Avenue, King of Prussia, Pennsylvania 19406 |
| Defendant 6 | **BASF Corporation, individually and as successor in interest to Ciba-Geigy, Inc., Ciba Specialty Chemicals Company, and Ciba, Inc.** <br> 100 Park Avenue, Florham Park, New Jersey 07932 |
| Defendant 7 | **Buckeye Fire Equipment Company** <br> 110 Kings Road, Kings Mountain, North Carolina 28086 |
| Defendant 8 | **Carrier Global Corporation, individually and as successor in interest to acquired business UTC Fire & Security Americas Corporation, Inc.** <br> 13995 Pasteur Boulevard, Palm Beach Gardens, Florida 33418 |
| Defendant 9 | **ChemDesign Products, Inc.** <br> 2 Stanton Street, Marinette, Wisconsin 54143 |
| Defendant 10 | **Chemguard, Inc.** <br> 1 Stanton Street, Marinette, Wisconsin 54143 |

| | |
|---|---|
| Defendant 11 | **Chubb Fire, Ltd.**<br>Littleton Road, Ashford, Middlesex, United Kingdom TW15 1TZ |
| Defendant 12 | **Clariant Corporation (f/k/a Sandoz Chemicals Corporation)**<br>500 Morehead Street, Suite 400, Charlotte, North Carolina 28202 |
| Defendant 13 | **Corteva, Inc., individually and as successor in interest to DuPont Chemical Solutions Enterprise**<br>9330 Zionsville Road, Indianapolis, Indiana 46268 |
| Defendant 14 | **DuPont De Nemours Inc. (f/k/a DowDuPont, Inc.)**<br>974 Centre Road, Wilmington, Delaware 19805 |
| Defendant 15 | **Dynax Corporation**<br>79 Westchester Avenue, Pound Ridge, New York 10576 |
| Defendant 16 | **E.I. DuPont De Nemours and Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise**<br>974 Centre Road, Wilmington, Delaware 19805 |
| Defendant 17 | **Kidde PLC, Inc.**<br>1016 Corporate Park Drive, Mebane, North Carolina 27302 |
| Defendant 18 | **National Foam, Inc. (a/k/a Chubb National Foam), individually and as successor in interest to Angus Fire Armour Corporation**<br>141 Junny Road, Angier, North Carolina 27501 |
| Defendant 19 | **RTX Corporation (f/k/a Raytheon Technologies Corporation)**<br>1000 Wilson Boulevard, Arlington, Virginia 22209 |
| Defendant 20 | **The Chemours Company, individually and as successor in interest to DuPont Chemical Solutions Enterprise**<br>1007 Market Street, Wilmington, Delaware 19898 |
| Defendant 21 | **The Chemours Company FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise**<br>1007 Market Street, Wilmington, Delaware 19898 |
| Defendant 22 | **Tyco Fire Products L.P., individually and as successor in interest to The Ansul Company**<br>1400 Pennbrook Parkway, Landsdale, Pennsylvania 19446 |
| Defendant 23 | **United Technologies Corporation**<br>10 Farm Springs Road, Farmington, Connecticut 06032 |
| Defendant 24 | **UTC Fire & Security Americas Corporation, Inc.**<br>9 Farm Springs Road, Farmington, Connecticut 06032 |

## Jurisdiction and Venue

4. Plaintiffs allege jurisdiction based on:

    ☒    Diversity

    ☒    Federal Question

    ☐    The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

    ☐    Other:_____

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiffs' Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A

## Plaintiffs' Alleged Injuries

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

- Kidney Cancer
- Testicular Cancer
- Thyroid Disease
- Ulcerative Colitis
- Liver Cancer
- Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

>Count I – Defective Design
>Count II – Failure to Warn
>Count III – Negligence
>Count IV – Negligence Per Se
>Count V – Trespass and Battery
>Count VI – Strict Product Liability
>Count VII – Market Share Liability, Alternative Liability, Concern of Action, and Enterprise Liability
>Count VIII – Concealment, Misrepresentation, and Fraud
>Count IX – Conspiracy
>Count X – Wrongful Death
>Count XI – Loss of Consortium
>
>Other Causes of Action:
>Count XII – Negligent Infliction of Emotional Distress
>Count XIII – Intentional and Reckless Infliction of Emotional Distress
>Count XIV – Gross Negligence
>Count XV – Defective Design
>Count XVI – Defective Design – Risk Utility
>Count XVII – Negligent Misrepresentation
>Count XVIII – Fraudulent Concealment

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date: September 2, 2025

Respectfully Submitted,

s/ Jeff H. Eckland, Esq.
Jeff H. Eckland, Esq.
Mark J. Blando, Esq.
Lara R. Sandberg, Esq.
**ECKLAND & BLANDO LLP**
100 Washington Avenue South
Suite 1500
Minneapolis, MN  55401
P: (612) 236-0162 / F: (612) 236-0179
jeckland@ecklandblando.com
mblando@ecklandblando.com
lsandberg@ecklandblando.com

*Counsel for Plaintiffs*

**Exhibit A**

to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigations*, MDL 2873

|  | Plaintiff Name | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) | Causes of Action (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Aulaumea, Roy | 1/22/1970 | California | Central District of California | N/A | Yes | N/A | Kidney Cancer | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |
| 2. | Edwards Jr., Wilson | 7/20/1974 | North Carolina | Middle District of North Carolina | N/A | Yes | N/A | Ulcerative Colitis | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |
| 3. | Fennel, Doris | 11/6/1949 | Illinois | Central District of Illinois | N/A | Yes | N/A | Kidney Cancer; Ulcerative Colitis | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |
| 4. | Gorham, Darrell | 4/15/1966 | California | Eastern District of California | N/A | Yes | N/A | Liver Cancer | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |
| 5. | Houchen, Debra | 7/6/1951 | Ohio | Northern District of Ohio | N/A | Yes | N/A | Kidney Cancer | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |
| 6. | Justice, Teresa Ann | 9/25/1970 | California | Eastern District of California | N/A | Yes | N/A | Ulcerative Colitis | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |

| # | Name | DOB | State | District | | | | Cancer | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 7. | Noble, Jackie | 1/17/1966 | Texas | Western District of Texas | Yes | Yes | Yes | Kidney Cancer; Thyroid Cancer | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |
| 8. | Offenbecker, Todd | 5/3/1966 | Florida | Middle District of Florida | N/A | Yes | N/A | Liver Cancer; Kidney Cancer | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |
| 9. | Thompson, Sharon | 6/16/1959 | South Carolina | District of South Carolina | N/A | Yes | N/A | Kidney Cancer | I, II, III, IV, V, VI, VIII, XII, XIII, XIV, XV, XVI, XVII, XVIII |